897 A.2d 1047

IN THE MATTER OF BARRY W. HOROWITZ, AN ATTORNEY
AT LAW (ATTORNEY NO. 007821986).

May 24, 2006.
As Corrected June 8, 2006.

## CORRECTED ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 06–024, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **BARRY W. HOROWITZ** of **EAST BRUNSWICK**, who was admitted to the bar of this State in 1986, and who thereafter was suspended from the practice of law for a period of three months by Order of the Court filed July 23, 2004, and who remains suspended at this time, should be suspended from the practice of law for a period of one year for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4 (client communication), *RPC* 5.5(a) (practicing law while ineligible), *RPC* 8.1 (failure to cooperate with disciplinary authorities), and *RPC* 8.4(c) (misrepresentation), and good cause appearing;

It is ORDERED that **BARRY W. HOROWITZ** is suspended from the practice of law for a period of one year and until the further Order of the Court, effective immediately; and it is further

ORDERED that **BARRY W. HOROWITZ** continue to comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC*

8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.